# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00268-CR

**Humberto Lopez, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. 0991618, HONORABLE JON N. WISSER, JUDGE PRESIDING

Appellant Humberto Lopez, Jr., was placed on community supervision following his conviction for violating a protective order. *See* Tex. Penal Code Ann. § 25.07 (West Supp. 2000). The district court later revoked supervision and imposed sentence of imprisonment for six years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's brief was delivered to appellant, and appellant

was advised of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

The order revoking supervision is affirmed.

 

_____

Mack Kidd, Justice

Before Justices Kidd, Yeakel and Jones[*]

Affirmed

Filed:   January 11, 2001

Do Not Publish

---

[*]  Before J. Woodfin Jones, Senior Justice , Third Court of Appeals, sitting by assignment. *See* Tex.  Gov't Code Ann. § 74.003(b) (West 1998).